UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>  v.<br><br>ROBERTO CALDERON,<br><br>           Defendant. | Case No. 2:11-cr-00342-HDM-GWF<br><br>ORDER |

The motion to withdraw as attorney filed by Assistant United States Attorney Daniel J. Cowhig (ECF No. 75) is GRANTED. IT IS THEREFORE ORDERED that Mr. Cowhig is withdrawn as attorney of record for this case and shall be removed from the CM/ECF service list in this case.

IT IS SO ORDERED.

DATED: This 20th day of November, 2019.

*Howard D McKibben*

UNITED STATES DISTRICT JUDGE